S.D.N.Y.-N.Y.C.
09-cv-10118
Hellerstein, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of September, two thousand ten,

Present:
    Roger J. Miner,
    Pierre N. Leval,
    Richard C. Wesley,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/29/2010
```

Eitzen Bulk A/S,
        *Petitioner-Appellee*,

v.    10-3352-cv

State Bank of India,
        *Respondent-Appellant*,

Bank of India, BNP Paribas, ICICI Bank,
        *Respondents*.

Appellant, the State Bank of India, through counsel, moves for a stay of the district court's order directing it to engage in turnover litigation with respect to a maritime contract dispute while its appeal of that order is pending. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the temporary stay previously issued by this court is VACATED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

*[Signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

SAO-rlf

CERTIFIED COPY ISSUED ON 09/24/2010